## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 27, 2014

*Before*

RICHARD A. POSNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No.: 14-2386 | MARILYN RAE BASKIN, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>PENNY BOGAN, et al.,<br>Defendants - Appellants |
| No.: 14-2387 | MIDORI FUJII, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF REVENUE, in his official capacity, et al.,<br>Defendants - Appellants |
| No.: 14-2388 | PAMELA LEE, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>BRIAN ABBOTT, et al.,<br>Defendants - Appellants |

| Originating Case Information: |
|---|
| District Court No: 1:14-cv-00355-RLY-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young |
| **Originating Case Information:** |
| District Court No: 1:14-cv-00404-RLY-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young |
| **Originating Case Information:** |
| District Court No: 1:14-cv-00406-RLY-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young |

Upon consideration of the **EMERGENCY MOTION FOR STAY PENDING APPEAL**, filed on June 27, 2014, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. The district court's order dated 6/25/14 is **STAYED** pending resolution of this appeal.

form name: **c7_Order_3J**(form ID: **177**)