# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 16, 2014

*By the Court:*

| | |
|---|---|
| No.: 14-2386 | MARILYN RAE BASKIN, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>PENNY BOGAN, et al.,<br> Defendants - Appellants |
| No.: 14-2387 | MIDORI FUJII, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF REVENUE, in his official capacity, et al.,<br>Defendants - Appellants |
| No.: 14-2388 | PAMELA LEE, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>BRIAN ABBOTT, et al.,<br> Defendants - Appellants |
| No.: 14-2526 | VIRGINIA WOLF, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>SCOTT WALKER, et al.,<br> Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:14-cv-00355-RLY-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young |
| **Originating Case Information:** |
| District Court No: 1:14-cv-00404-RLY-TAB<br>Southern District of Indiana, Indianapolis Division |

| **Originating Case Information:** |
|---|
| District Court No: 1:14-cv-00406-RLY-MJD<br>Southern District of Indiana, Indianapolis Division |

| **Originating Case Information:** |
|---|
| District Court No: 3:14-cv-00064-bbc<br>Western District of Wisconsin |

The court, on its own motion, **ORDERS** that the oral argument in this appeal, scheduled for Wednesday, August 13, 2014, is **VACATED**. A new oral argument date will be set by separate court order.

form name: **c7_Order_Arg_O_Vac**(form ID: **223**)