# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## AMENDED
## NOTICE OF ORAL ARGUMENT

August 6, 2014

| | |
|---|---|
| No.: 14-2386 | MARILYN RAE BASKIN, et al., <br>  Plaintiffs - Appellees <br><br> v. <br><br> PENNY BOGAN, et al., <br>  Defendants - Appellants |
| No.: 14-2387 | MIDORI FUJII, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF REVENUE, in his official capacity, et al., <br> Defendants - Appellants |
| No.: 14-2388 | PAMELA LEE, et al., <br>  Plaintiffs - Appellees <br><br> v. <br><br> BRIAN ABBOTT, et al., <br>  Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:14-cv-00355-RLY-TAB <br> Southern District of Indiana, Indianapolis Division <br> District Judge Richard L. Young ||
| **Originating Case Information:** ||
| District Court No: 1:14-cv-00404-RLY-TAB ||

| Southern District of Indiana, Indianapolis Division |
|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:14-cv-00406-RLY-MJD<br>Southern District of Indiana, Indianapolis Division |

**IT IS ORDERED** that this case be orally argued on Tuesday, August 26, 2014, in the Ceremonial Courtroom, Room 2525 of the United States Court of Appeals for the Seventh Circuit, 219 South Dearborn Street, Chicago, Illinois, at 9:30 a.m.

Oral argument will be no more than 20 minutes for each side. Counsel are advised that the panel of judges assigned to oral argument may decide, after reading the briefs, that less time is required for oral argument.

Copies of this notice have been sent to counsel of record.

**NOTE:** Any request for waiver or postponement of a scheduled oral argument must be made by formal motion, with proof of service on all other parties and must be received by the court within five (5) calendar days from the date at the top of this notice. Postponement will be granted only in extraordinary circumstances. See Circuit Rule 34(e).

NOTE
Please review the attached "Special Notice to Counsel Who Will Present Oral Argument" for important requirements and information about oral argument in the Court of Appeals.

form name: **c7_NoticeOfOralArg**(form ID: **156**)