# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 17, 2014

Before

RICHARD A. POSNER, *Circuit Judge*
ANN CLAIRE WILLIAMS, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No.: 14-2526 | VIRGINIA WOLF, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>SCOTT WALKER, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:14-cv-00064-bbc<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb | |

Upon consideration of the **MOTION FOR STAY OF MANDATE PENDING FINAL DISPOSITION OF PETITION FOR WRIT OF CERTIORARI**, filed on September 16, 2014, by Attorney Timothy c. Samuelson,

**IT IS ORDERED** that the motion is **GRANTED**. The mandate in this appeal is **STAYED** pending final disposition of the petition for writ of certiorari. The stay will terminate automatically if the certiorari petition is denied or will terminate upon the judgment of the Supreme Court if the certiorari petition is granted.

form name: **c7_Order_3J**(form ID: **177**)