# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

September 15, 2014

Before

RICHARD A. POSNER, *Circuit Judge*
ANN CLAIRE WILLIAMS, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

```
MARILYN RAE BASKIN, et al.,       ] Appeals from the United
        Plaintiffs-Appellees,     ] States District Court
                                  ] for the Southern District
Nos. 14-2386, 14-2387,      v.    ] of Indiana, Indianapolis
     and 14-2388                  ] Division.
                                  ]
PENNY BOGAN, et al.,              ] Nos. 1:14-cv-00355-RLY-TAB,
        Defendants-Appellants.    ]      1:14-cv-00404-RLY-TAB,
                                  ]      1:14-cv-00406-RLY-MJD
                                  ]
                                  ] Richard L. Young,
                                  ] Chief Judge.
```

The following are before the court:

1. **MOTION FOR STAY OF MANDATE PENDING FINAL DISPOSITION OF PETITION FOR WRIT OF CERTIORARI**, filed on September 10, 2014, by counsel for the appellants.

2. **RESPONSE OF FUJII AND LEE APPELLEES IN OPPOSITION TO REQUEST FOR STAY OF MANDATE PENDING DISPOSITION OF UNITED STATES SUPREME COURT PROCEEDINGS**, filed on September 11, 2014, by counsel for appellees Midori Fujii, et al.

- over -

Nos. 14-2386, et al., Page 2

**IT IS ORDERED** that the motion is **GRANTED**. The mandate in appeals 14-2386, 14-2387, and 14-2388 is **STAYED** pending final disposition of petition for writ of certiorari. The stay will terminate automatically if the certiorari petition is denied or will terminate upon the judgment of the Supreme Court if the certiorari petition is granted.

form name: **c7_Order_3J**(form ID: **177**)