# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 6, 2014

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

    Re:   Penny Bogan, in Her Official Capacity as Boone County Clerk, et al.
           v. Marilyn Rae Baskin, et al.
           No. 14-277
           (Your No. 14-2386 to 14-2388)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk